McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT,
Assistant United States Attorney
Federal Building, Room 3654
United States Courthouse
1130 O Street
Fresno, CA 93721
Phone: (559) 498-7272
Facsimile: (559) 498-7432

KELLY A. JOHNSON, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
S. JAY GOVINDAN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Phone: (202) 305-0237
Facsimile: (202) 305-0275

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF OCEAN BEACH COMMISSION, and the CITY OF MORRO BAY, CALIFORNIA | Civ. No. S-04-0242 FCD KJM |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR; GALE A. NORTON, in her official capacity as Secretary of the United States Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; STEVEN A. WILLIAMS, in his official capacity as Director of the United States Fish and Wildlife Service; and WAYNE WHITE, in his official capacity as Field Supervisor of the Sacramento, California Office of the United States Fish and Wildlife Service, | Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. | |

///

///

1  Pursuant to the stipulation between the parties, it is hereby ORDERED that this matter be stayed until the Fish and Wildlife Service issues the finding required by 16 U.S.C. § 1533(b)(3)(B) in response to Plaintiffs' petition, or until March 31, 2006, whichever occurs first. If the Service has not issued the finding by March 31, 2006, the parties will confer to determine whether to seek from the Court a further stay of the litigation or to establish a briefing schedule for the filing of dispositive motions.

DATED: August 5, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge