PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF OCEAN BEACH COMMISSION, and THE CITY OF MORRO BAY, CALIFORNIA<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; DALE HALL, in his official capacity as Director of the United States Fish and Wildlife Service; and SUSAN MOORE, in her official capacity as Field Supervisor of the Sacramento, California, Office of the United States Fish and Wildlife Service,<br><br>Defendants. | No. CIV. S-04-0242 FCD KJM<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION REGARDING ATTORNEYS' FEES AND COSTS OF LITIGATION**<br><br>Judge: Hon. Frank C. Damrell, Jr. |

Order of Vol Disml w Prej re: Attys'
Fees & Costs Case CIV. S-04-0242 FCD KJM          - 1 -

1   Pursuant to the stipulation of the parties filed with this Court dated May 19, 2008, IT IS
2   HEREBY ORDERED:
3   1.   Plaintiffs' Second Amended Complaint is dismissed with prejudice
4   2.   Federal Defendants will settle all of Plaintiffs' claims for costs and attorneys' fees for
5   a total of $16,247.83 in the manner specified in the parties' May 19, 2008, stipulation.
6   3.   Plaintiffs will accept payment of $16,247.83 in full satisfaction of any and all claims
7   for attorneys' fees and costs of litigation related to this litigation, through and including the date
8   of this Order.
9   4.   Defendants will submit all necessary paperwork to the Department of the Treasury,
10  pursuant to 16 U.S.C. §1540(g)(4), within ten (10) business days of receipt of this Order.
11  IT IS SO ORDERED.

Dated: May 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

Order of Vol Disml w Prej re: Attys'
Fees & Costs Case CIV. S-04-0242 FCD KJM        - 2 -